# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# OUAI

**Reg. No. 5,066,007**

**Registered Oct. 18, 2016**

**Int. Cl.: 3, 5**

**Trademark**

**Principal Register**

Ouai FZE (UNITED ARAB EMIRATES free zone establishment, equivalent to corporation)
P. O. Box 9436
Dubai UNITED ARAB EMIR.

CLASS 3: Non-medicated hair balm; hair shampoos; hair conditioners; hair lotions; hair creams; hair moisturizers; hair sprays; hair cosmetics; dry shampoo; hair fixers; hair relaxers; hair mousse; hair oil

FIRST USE 2-00-2016; IN COMMERCE 2-00-2016

CLASS 5: Nutritional supplements; vitamins and mineral supplements

FIRST USE 2-00-2016; IN COMMERCE 2-00-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The English translation of the word "OUAI" in the mark is "slang for YES, an equivalent of YEAH".

SER. NO. 86-980,168, FILED 09-28-2015
LINDA A POWELL, EXAMINING ATTORNEY



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# OUAI

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

Serial Number: 86770572
Filing Date: 09/28/2015

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 86770572 |
| MARK INFORMATION | |
| *MARK | OUAI |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | OUAI |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Ouai FZE |
| *STREET | P. O. Box 9436 |
| *CITY | Dubai |
| *COUNTRY | United Arab Emirates |
| LEGAL ENTITY INFORMATION | |
| TYPE | free zone establishment, equivalent to corporation |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | United Arab Emirates |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 003 |
| *IDENTIFICATION | Hair balm; hair protection creams; shampoos; conditioners; hair lotions; hair creams; hair moisturisers; hair sprays; hair cosmetics; dry shampoo; hair fixers; hair relaxers; hair protection lotions; hair mousse; hair oil |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 005 |
| *IDENTIFICATION | Nutritional supplements; vitamins and minerals |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 011 |
| *IDENTIFICATION | Hand held dryers and other drying machines |
| FILING BASIS | SECTION 1(b) |
| ATTORNEY INFORMATION | |
| NAME | Larry H. Tronco |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER** | TBD |
| **FIRM NAME** | Holland & Hart, LLP |
| **STREET** | PO Box 8749 |
| **CITY** | Denver |
| **STATE** | Colorado |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 80201 |
| **PHONE** | 3034732873 |
| **EMAIL ADDRESS** | docket@hollandhart.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Scott S. Havlick; Ester M. Maillaro; Donald A. Degnan; Wendy J. Pifher; Matthew D. Abell; Andrea L. Anderson; Andrew A. Roppel; Jessie A. Neville; Matt Horlacher; Nadya Bosch; Kazuyo Morita; Janet Shih Hajek; Amanda Swaim; Darin Brown; Betsy Proffitt; Lynn Hsu; Hope Hamilton |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Larry H. Tronco |
| **FIRM NAME** | Holland & Hart, LLP |
| **STREET** | PO Box 8749 |
| **CITY** | Denver |
| **STATE** | Colorado |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 80201 |
| **PHONE** | 3034732873 |
| ***EMAIL ADDRESS** | docket@hollandhart.com;lhtronco@hollandhart.com |
| ***AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS RF |
| **NUMBER OF CLASSES** | 3 |
| **FEE PER CLASS** | 275 |
| ***TOTAL FEE DUE** | 825 |
| ***TOTAL FEE PAID** | 825 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /LARRY H. TRONCO/ |
| **SIGNATORY'S NAME** | Larry H. Tronco |
| **SIGNATORY'S POSITION** | Attorney of record, Colorado and New York bar member |
| **SIGNATORY'S PHONE NUMBER** | 3034732873 |
| **DATE SIGNED** | 09/28/2015 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 86770572**
**Filing Date: 09/28/2015**

### To the Commissioner for Trademarks:

**MARK:** OUAI (Standard Characters, see mark)
The literal element of the mark consists of OUAI.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Ouai FZE, a free zone establishment, equivalent to corporation legally organized under the laws of United Arab Emirates, having an address of
   P. O. Box 9436
   Dubai
   United Arab Emirates


requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 003:  Hair balm; hair protection creams; shampoos; conditioners; hair lotions; hair creams; hair moisturisers; hair sprays; hair cosmetics; dry shampoo; hair fixers; hair relaxers; hair protection lotions; hair mousse; hair oil
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

    International Class 005:  Nutritional supplements; vitamins and minerals
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

    International Class 011:  Hand held dryers and other drying machines
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.


The applicant's current Attorney Information:
   Larry H. Tronco and Scott S. Havlick; Ester M. Maillaro; Donald A. Degnan; Wendy J. Pifher; Matthew D. Abell; Andrea L. Anderson; Andrew A. Roppel; Jessie A. Neville; Matt Horlacher; Nadya Bosch; Kazuyo Morita; Janet Shih Hajek; Amanda Swaim; Darin Brown; Betsy Proffitt; Lynn Hsu; Hope Hamilton of Holland & Hart, LLP
   PO Box 8749
   Denver, Colorado 80201
   United States
The attorney docket/reference number is TBD.
The applicant's current Correspondence Information:
   Larry H. Tronco
   Holland & Hart, LLP
   PO Box 8749
   Denver, Colorado 80201
   3034732873(phone)
   docket@hollandhart.com;lhtronco@hollandhart.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $825 has been submitted with the application, representing payment for 3 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /LARRY H. TRONCO/   Date: 09/28/2015
Signatory's Name: Larry H. Tronco
Signatory's Position: Attorney of record, Colorado and New York bar member
RAM Sale Number: 86770572
RAM Accounting Date: 09/29/2015

Serial Number: 86770572
Internet Transmission Date: Mon Sep 28 14:38:34 EDT 2015
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XX-2015092814383467
0373-86770572-5408f12ef43ce587d709966d9f
deae3996fdd2ac6196bf52cefd1f1dba9c0a3d-C
C-950-20150928142225993881

# OUAI

# United States of America
## United States Patent and Trademark Office

# OUAI

**Reg. No. 6,585,678**
**Registered Dec. 14, 2021**
**Int. Cl.: 3**
**Trademark**
**Principal Register**

United Beauty Brands, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
811 West Seventh Street
Los Angeles, CALIFORNIA 90017

CLASS 3: Body oil; body scrub; body lotion; facial lotion; skin cleansing lotion; facial cream; body cream; skin cream; cosmetic preparations for body care; body sprays; body gels for cosmetic purposes; bath bombs; non-medicated body soaks; bath foam; non-medicated skin and facial cleansers; essential oils for aromatherapy use; shower mists, namely, cosmetic preparations for the shower; scented room sprays; deodorants for body care; fragrances and perfumery

FIRST USE 5-00-2017; IN COMMERCE 5-00-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5066007

The English translation of the word "OUAI" in the mark is slang for "yes", an equivalent of "yeah".

SER. NO. 88-415,387, FILED 05-03-2019



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.